B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Taipan Property II, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1699119** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6074 Gibson Avenue**<br>**Tampa, FL**<br>ZIP Code **33617** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2297**<br>**Pinellas Park, FL**<br>ZIP Code **33780** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Tampa, FL 33629** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** *** Buddy D. Ford, Esquire 0654711 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Taipan Property II, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **A & C DEVELOPMENT, LLC** | Case Number: **8-11-BK-01593-CED** | Date Filed: **1/31/11** |
| District: **Middle District of Florida, Tampa Divsion** | Relationship: **Same Managing Member** | Judge: **Honorable, Caryl E. Delano** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Taipan Property II, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Buddy D. Ford, Esquire**
Signature of Attorney for Debtor(s)

**Buddy D. Ford, Esquire 0654711**
Printed Name of Attorney for Debtor(s)

**Buddy D. Ford, P.A.**
Firm Name

**115 N. MacDill Ave.**
**Tampa, FL 33609**

_____
Address

**Email: Nancy@tampaesq.com**
**(813)877-4669  Fax: (813)877-5543**
Telephone Number

**May 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cliff J. Davis**
Signature of Authorized Individual

**Cliff J. Davis**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 23, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

In the Matter of:        } Chapter 11
                         }
TAIPAN PROPERTY II, LLC  } Case No: 8:11-bk-
                         }
         Debtor,         }

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Cliff J. Davis*, declare under penalty of perjury that I am the Managing Member of TAIPAN PROPERTY II, LLC (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Members of said corporation at a special meeting duly called and held on the 23rd day of May, 2011.

"**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that *Cliff J. Davis*, Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that *Cliff J. Davis*, Managing Member of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that *Cliff J. Davis*, Managing Member of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 115 N. MacDill Avenue, Tampa, Florida 33609*, to represent the corporation in such bankruptcy case."

Date 5/23/11        Signed _____
                           *Cliff J. Davis*, Managing Member

# United States Bankruptcy Court
## Middle District of Florida

In re: **Taipan Property II, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clff J. Davis**<br>**PO Box 2297**<br>**Pinellas Park, FL 33780** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 23, 2011**

Signature **/s/ Cliff J. Davis**
**Cliff J. Davis**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **Taipan Property II, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 23, 2011**

**/s/ Cliff J. Davis**
**Cliff J. Davis**/**Managing Member**
Signer/Title

Taipan Property II, LLC
PO Box 2297
Pinellas Park, FL 33780

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
115 N. MacDill Ave.
Tampa, FL 33609

Delores M. Almonte
c/o Walter L. Sanders, PA
6936 W. Linebaugh Ave.
Suite 101
Tampa, FL 33625

Artisian Construction Dev
3522 Sam Allen Oak Circle
Plant City, FL 33565

Barnett, Bolt, Kirkwood,
Long & McBride
601 Bayshore Blvd., Ste.700
Tampa, FL 33606

Bobby Jones, PA
PO Box 41643
Saint Petersburg, FL 33743

Broad and Cassel
100 N. Tampa St., Ste. 3500
Tampa, FL 33602

Carl & Janice DeCamp Brown
2002 Curry Road
Lutz, FL 33549

Buell & Elligett, PA
3003 W. Azeele St., Ste. 100
Tampa, FL 33609-3147

Builders Firstsource
2001 Bryan Street
Suite 1600
Dallas, TX 75201

Builders Firstsource-Florida
c/o CT Corporation System,RA
1200 S. Pine Island Rd.
Fort Lauderdale, FL 33324

C. Christine Smith, Esq.
PO Box 1037
Tampa, FL 33601-1037

Campbell Custom Development
2304 Victoria Gardens Lane
Tampa, FL 33609

Carlton Fields
4221 W. Boy Scout Blvd.
Suite 1000
Tampa, FL 33607-5780

Central Florida Finishers
735 Duncan Avenue
Kissimmee, FL 34744

Classic Stone Gallery
1803 E. 2nd Avenue
Tampa, FL 33605

Color Wheel Paint
& Coatings, Inc
2814 Silver Star Rd.
Orlando, FL 32808

Kelli R. Creswell
2555 Creekfront Dr.
Green Cove Springs, FL 32043

Doug Belden, Hillsborough
County Tax Collector
PO Box 172920
Tampa, FL 33672-0920

Emery's Scaffolding, Inc
& Emery's Services, Inc
20 Drennan Rd.
Orlando, FL 32806

Emery's Services, Inc
PO Box 916429
Longwood, FL 32791-6429

Christian & Deena Haiber
3902 Penrod Lane
Valrico, FL 33594

Hamway Flooring, Inc
2501 NW 34th Place #32
Pompano Beach, FL 33069

Hayes & Caraballo, P.L.
830 Lucerne Terrace
Orlando, FL 32801

Henry T. Sorensen II, PA
13037 W. Linebaugh Ave.
Suite 102
Tampa, FL 33626-4482

Hill Ward & Henderson, PA
PO Box 2231
Tampa, FL 33601-2231

Shenouda & Suzy Kalleeny
7102 Winding Lake Circle
Oviedo, FL 32765

Mark Koert
24640 Siena Dr.
Lutz, FL 33559

Kronos Construction Svcs
6424 Central Avenue
Saint Petersburg, FL 33707

Law Ofc of Thamir Kaddouri
3214 W. Cypress St.
Tampa, FL 33607

Lawson Industries, Inc
8501 NW 90th Street
Miami, FL 33166

Richard B. Lundahl
c/o Gray Robinson, PA
201 N. Franklin St, Ste.2200
Tampa, FL 33602

Julio & Ivelisse May
c/o Stephen Walker, Esq.
401 E. Jackson St, Ste.2225
Tampa, FL 33602

Nixon and Associates
3105 W. Waters Avenue
Suite 204
Tampa, FL 33614

Paul & Dina Noto
4909 Whiteway Dr.
Tampa, FL 33617

R.S. Elliott Speciality
Supply, Inc
2551 Mercy Dr.
Orlando, FL 32808-4637

Rafael E. Fernandez, Esq.
109 S. Moody Ave.
Tampa, FL 33609-3333

Scott A. Haas, PA
1901 E. 5th Avenue
Tampa, FL 33605-5219

Spring Lock Scaffolding
10409 N. Florida Ave.
Tampa, FL 33612

Suncoast Building Materials
2005 - 42nd Street NW
Winter Haven, FL 33881

Superior Bank
4350 W. Cypress, Suite 703
Attn: Com Real Estate
Tampa, FL 33607

Universal Engineering
Sciences, Inc.
3532 Maggie Boulevard
Orlando, FL 32811

Universal Forest Products
Eastern Division, Inc
2801 E. Beltline NE
Grand Rapids, MI 49525

Timothy & Patricia Verpaele
1110 Two Oaks Blvd.
Merritt Island, FL 32952

Veschio Law Group
2001 W. Kennedy Blvd.
Tampa, FL 33606

Mark Vivirito
1813 Greystone Height Dr.
Valrico, FL 33594

Weiss Serota Helman, etal
200 E. Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301-1949

Wetherington, Hamilton
& Harrison, PA
PO Box 172727
Tampa, FL 33672-0727

Woodco Truss, Inc
16090 Flight Path Drive
Brooksville, FL 34604

World Electric Supply, Inc
13218 La Mirada Circle
West Palm Beach, FL 33414

# United States Bankruptcy Court
## Middle District of Florida

In re **Taipan Property II, LLC**                                                          Case No.
                                                         Debtor(s)                         Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **10,000.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):   **Cliff J. Davis, Managing Member**
   **The undersigned is holding $10,000 in escrow which shall be applied for.**

4. The source of compensation to be paid to me is:

   ☐ Debtor       ■ Other (specify):   **Cliff J. Davis, Managing Member - Additional fees or costs after the depletion of the retainer shall be applied for.**

5. ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 23, 2011**                         **/s/ Buddy D. Ford, Esquire**
                                                 **Buddy D. Ford, Esquire 0654711**
                                                 **Buddy D. Ford, P.A.**
                                                 **115 N. MacDill Ave.**
                                                 **Tampa, FL 33609**
                                                 **(813)877-4669   Fax: (813)877-5543**
                                                 **Nancy@tampaesq.com**

---

# United States Bankruptcy Court
## Middle District of Florida

In re **Taipan Property II, LLC**　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Taipan Property II, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 23, 2011** | **/s/ Buddy D. Ford, Esquire** |
| Date | **Buddy D. Ford, Esquire 0654711** |
| | Signature of Attorney or Litigant |
| | Counsel for **Taipan Property II, LLC** |
| | **Buddy D. Ford, P.A.** |
| | **115 N. MacDill Ave.** |
| | **Tampa, FL 33609** |
| | **(813)877-4669 Fax:(813)877-5543** |
| | **Nancy@tampaesq.com** |